

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2016

No. 04-16-00444-CR

**EX PARTE** Billy Jack **GUERRA**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice
               Jason Pulliam, Justice

On July 11, 2016, Relator filed a pro se petition for writ of habeas corpus. The court has determined that it lacks jurisdiction to consider Relator's petition. Accordingly, the petition is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on July 14, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2016CR1777, styled *The State of Texas v. Billy Jack Guerra*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Lorina I. Rummel presiding.